**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:    (559) 486-4533


Attorney for Defendant
**MARIA GUADALUPE PONCE**


UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO. 1:10-CR-00039-AWI** |
| ) | |
| ) | **STIPULATION TO CONTINUE** |
| Plaintiff, ) | **SENTENCING** |
| ) | |
| v. ) | |
| ) | |
| MARIA GUADALUPE PONCE ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Defendant, MARIA GUADALUPE PONCE, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, JASON HITT, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, November 21, 2011, at 9:00 a.m. be continued to Monday, December 5, 2011 at 9:00 a.m. in the courtroom for the Honorable Anthony W. Ishii, District Judge.

///

///

///

///

///

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 11-16-11

/s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant

**IT IS SO STIPULATED**

Dated:11-16-11

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   November 16, 2011

CHIEF UNITED STATES DISTRICT JUDGE