1 **NICHOLAS F. REYES, #102114**
Attorney at Law
2 1107 "R" Street
Fresno, California 93721
3 Telephone: (559) 486-4500
Facsimile:    (559) 486-4533
4

5 Attorney for Defendant
**MARIA GUADALUPE PONCE**
6

7
UNITED STATES DISTRICT COURT
8
EASTERN  DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA         )         **CASE NO. 1:10-CR-00039-AWI**
                                   )
11                                 )         **STIPULATION TO CONTINUE**
                  Plaintiff,       )         **SENTENCING**
12                                 )
      v.                           )
13                                 )
MARIA GUADALUPE PONCE              )
14                                 )
                  Defendant.       )
15 _____ )

16
   Defendant, MARIA GUADALUPE PONCE, by and through her counsel of
17
record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and
18
through its counsel of record, JASON HITT, Assistant United States Attorney for the Eastern
19
District of California, hereby stipulate that the sentencing in the above-referenced case
20
currently scheduled for Monday, December 5, 2011, at 9:00 a.m. be continued to Monday,
21
December 12, 2011 at 9:00 a.m. in the courtroom for the Honorable Anthony W. Ishii,
22
District Judge.
23
///
24
///
25
///
26
///
27
///
28

1

**IT IS SO STIPULATED**

2                                                                              Respectfully submitted,

3

4    Dated: 12-01-11                                     /s/ Nicholas F. Reyes
                                                         NICHOLAS F. REYES
5                                                        Attorney for Defendant

6

7
     **IT IS SO STIPULATED**
8

9

10   Dated:12-1-11                                       /s/ Jason Hitt
                                                         JASON HITT
11                                                       Assistant U.S. Attorney

12

13

14
     IT IS SO ORDERED.
15

16   Dated:    December 1, 2011                          _____
                                                         CHIEF UNITED STATES DISTRICT JUDGE
17