FILED
DEC 19 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiffs, | ) No. CR-10-39-AWI |
| vs. | ) ORDER OF RELEASE |
| MARIA GUADALUPE PONCE, | ) |
| Defendant. | ) |

The above named defendant having been sentenced on December 19, 2011 to 26 months custody, (TIME SERVED)

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH . A certified Judgment and Commitment order to follow.

DATED: 12-19-11

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1